AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Jacob Wall<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     1:20-mj-0043<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 14, 2020__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with the Intent to Distribute 500 or more grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c)(1)(A) | Carrying a Firearm During and in Relation to a Drug Trafficking Offense |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael T. Neuner, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/16/2020

*Judge's signature*

City and state: Indianapolis, IN

Mark J. Dinsmore, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

1. Your Affiant, Michael T. Neuner, is a Detective Captain with the Beech Grove Police Department. I have been employed by the Beech Grove Police Department for over 28 years. I am currently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer and have been assigned to the DEA for over 16 years. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C). The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by the persons in the below numbered paragraphs.

## PROBABLE CAUSE

2. This Affidavit is submitted in support of a criminal Complaint charging Jacob WALL with Possession with the Intent to Distribute 500 or more grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A), Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), and Carrying a Firearm During and in Relation to a Drug Trafficking Offense in violation of Title 18 United States Code, Section 924(c)(1)(A).

3. On or about January 14, 2020, Detectives with the Indianapolis Metropolitan Police Department (IMPD) Criminal Interdiction Unit and IMPD Violent Crimes Unit (VCU) were working a detail near the 2600 block of South Lynhurst Avenue in Marion County, Indiana. Law enforcement believed that a drug deal had been observed outside of the Speedway Gas Station located at 2601 S. Lynhurst Avenue. It had appeared that money had been exchanged in return for an unknown item at a black Chevrolet Tahoe. Officers followed the Tahoe and other

vehicle involved away from the suspected transaction. Law enforcement observed the black Chevrolet Tahoe engage in multiple traffic violations and a traffic stop was conducted on the vehicle.

4. The driver was identified as Jacob WALL. Officers observed plastic baggies commonly associated with drug trafficking, sticking out of a backpack in plain view on the back seat. IMPD Detective Brinker and his certified K9 partner "Cruz" arrived and conducted an open air sniff of the Tahoe. K9 Cruz indicated a positive response for narcotics on the passenger side of the vehicle. Officers searched the vehicle and the contents of the backpack. Officers located suspected methamphetamine inside the backpack. There was also a box inside the vehicle containing bags of marijuana. The vehicle was registered to WALL, with a bill of sale also located inside the Tahoe.

5. WALL was arrested at the scene. Officers also located more marijuana inside of the backpack as well as several bottles of yet to be identified pills. Upon a further search of the backpack while processing the evidence at the IMPD office, officers found a handgun and digital scale. An IMPD Liaison Officer arrived to process the handgun. There was not a round in the chamber, although there were live rounds inside the magazine. The handgun was a .45 caliber Glock M30 bearing serial number BCLR060. This firearm is not manufactured in the state of Indiana and as a result would have traveled through interstate commerce to arrive in the state.

6. Subsequently, a traffic stop was also conducted on the other vehicle involved in this investigation. Law enforcement found a small amount of marijuana. One of the occupants stated that they had just purchased marijuana from a subject known as "Jake".

7. The suspected methamphetamine was in two baggies that were tested at the Marion County Forensic Services Agency. Preliminary results showed positive results for methamphetamine for both baggies. One weighed 445 grams and the other weighed 448 grams.

8. A criminal history check revealed that WALL has the following felony convictions on his record:

    a. Burglary in Marion County, Indiana cause number 49G03-1204-FC-02841 on or about July 24, 2012,

    b. Battery in Marion County, Indiana cause number 49G03-1302-FA-008273 on or about April 9, 2013, and

    c. Criminal Gang Activity in Marion County, Indiana cause number 49G03-1302-FA-008273 on or about April 9, 2013.

## CONCLUSION

9.      Based upon my training and experience and the facts set forth herein, your Affiant submits there is probable cause to believe that Jacob WALL did commit the following offenses: Possession with the Intent to Distribute 500 of more grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A), Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), and Carrying a Firearm During and in Relation to a Drug Trafficking Offense in violation of Title 18 United States Code, Section 924(c)(1)(A).

_____
Michael Neuner
Task Force Officer
Drug Enforcement Administration

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF JANUARY, 2020.

_____
Mark J. Dinsmore
U.S. Magistrate Judge
Southern District of Indiana